NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TYCO HEALTHCARE GROUP LP
AND MALLINCKRODT INC.,**
*Plaintiffs-Appellants,*

v.

**MUTUAL PHARMACEUTICAL COMPANY, INC.
AND UNITED RESEARCH LABORATORIES, INC.,**
*Defendants-Appellees.*

---

2010-1513

---

Appeal from the United States District Court for the District of New Jersey in case no. 07-CV-1299, Judge Stanley R. Chesler.

---

## ON MOTION

---

## ORDER

Upon consideration of Tyco Healthcare Group LP and Mallinckrodt Inc.'s unopposed motion for an extension of time to file their response to Mutual Pharmaceutical Company, Inc. and United Research Laboratories, Inc.'s motion to dismiss,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 27 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Henry J. Renk, Esq.
     Jeremy C. Lowe, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 27 2011

JAN HORBALY
CLERK